BENJAMIN B. WAGNER
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
DAVID LERCH, CA SBN 229411
Special Assistant United States Attorney

    333 Market Street, Suite 1500
    San Francisco, California 94105
    Telephone:  (415) 977-8936
    Facsimile:  (415) 744-0134
    E-Mail: David.Lerch@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**FRESNO DIVISION**

| | |
|---|---|
| REGINA M. HANKINS,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of<br>Social Security,<br><br>    Defendant. | Case No. 1:10-cv-01939-SMS<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF 30 DAYS FOR DEFENDANT TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's opening brief.  Counsel for Defendant requests this extension due to his workload, which includes other district court litigation, as well as the need to further explore the issues Plaintiff's counsel has raised in the opening brief.  The current due date is July 13, 2011.  The new due date will be August 12, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: July 11, 2011                    /s/ *Laura E. Krank*
                                                  (As authorized via e-mail)
                                                  Laura E. Krank
                                                  Attorney for Plaintiff

Dated: July 11, 2011                    BENJAMIN B. WAGNER
                                                  United States Attorney

                                   By:     /s/ *David W. Lerch*
                                                  DAVID W. LERCH
                                                  Special Assistant U.S. Attorney

                                                  Attorneys for Defendant

## ORDER

APPROVED AND SO ORDERED.

Dated:   July 12, 2011                       /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE